Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
MAR 28 2023
U.S. DISTRICT COURT
ELKINS-WV 26241

Darek Lathan 65419-060
FCI Gilmer
P.O. Box 6000
Glenville, W.V. 26351

(Full name under which you were convicted, prison number, place of confinement, and full mailing address)

Petitioner,

vs.

Ronald Brown

(Name of Warden or other authorized person where you are incarcerated)

Respondent.

Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241

Civil Action No: 5:23cv114
(to be assigned by Clerk)

Bailey
(EXPEDITE) Mazzone
(ORAL HEARING) Prince

**Important notes to read before completing this form:**

★ Please read the entire petition before filling it out. Answer **only** those questions which pertain to your claim(s).

1. This petition concerns (check the appropriate box):

    ☒ a conviction
    ☒ a sentence
    ☐ jail or prison conditions
    ☐ prison disciplinary proceedings
    ☐ a parole problem
    ☐ other, state briefly: _____

Attachment A

☐ Yes   Are you represented by counsel?   ☐ Yes   ☒ No

If you answered yes, list your counsel's name and address:

3. List the name and location of the court which imposed your sentence:
   United States district court
   northern district / western division
   Toledo, oh, 43604

4. List the case number, if known: 3:18-CR-67

5. List the nature of the offense for which the sentence was imposed:
   922(g)(1) /924(e) Felon in posession of firearm
   Felon in posession of ammunition

6. List the date each sentence was imposed and the terms of the sentence:
   12/8/21  235 months

7. What was your plea to each count? (Check one)

   ☐ Guilty
   ☒ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

☒ A jury
☐ A Judge without a jury
☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

☒ Yes  ☐ No

10. If you did appeal, give the following information for each appeal:

A. Name of Court: 4th circuit court of appeals
B. Result: affirmed
C. Date of Result: 3-15-23
D. Grounds raised (list each one): violation of Due Process

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

☐ Yes  ☒ No

If your answer was yes, complete the following sections:

A. First post-conviction proceeding:
   1. Name of Court: _____

Attachment A

    2. Nature of Proceeding: _____
    3. Grounds Raised: _____
    4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5. Result: _____
    6. Date of Result: _____

B. Second post-conviction proceeding:
    1. Name of Court: _____
    2. Nature of Proceeding: _____
    3. Grounds Raised: _____
    4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5. Result: _____
    6. Date of Result: _____

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1. First proceeding: ☐ Yes ☐ No Result: _____
    2. Second proceeding: ☐ Yes ☐ No Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A. U.S. Parole Commission unlawfully revoked my parole.
B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.

D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.

E. There is an unlawful detainer lodged against me.

F. [I am a citizen and resident] of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.

G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
ACTUAL INNOCENCE: "Carlos Torres" notarized a affidavit on 12-12-19 stating the firearm I'm charged with belong to him but the facility I was detained in lost it. In September Mr. Torres sent me another copy after his cancer went into remission

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
While detained in Northwest ohio correction center "Carlos Torres notarized a affidavit that exonerate me of all charges.

B. Ground two: Change in law

Attachment A

Change in law which void the A.C.C.A. 15 yr min. imposed at sentencing.

Supporting facts:
On 2/14/23 the 6th circuit court of appeals ruled that R.C. 2911.01(A)(1) do not qualify as a violent felony under the Armed Career Criminal Act for Ohio defendant which compel re-sentescing but in my case immediate release (United States v. White 21-3209) 6th cir.

C. Ground three:

Supporting facts:

D. Ground four:

Attachment A

Supporting facts:
_____
_____
_____
_____
_____

3. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
The united states-v-white 21-3209 6th cir. was not due to it was just recently published
_____
_____

4. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

A.  Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

☐ Yes   ☐ No

1.  If your answer to "A" above was yes, what was the result:
_____
_____
_____
_____
_____

Attachment A

2. If your answer to "A" above was no, explain:

_____

_____

_____

If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☐ Yes    ☐ No

If your answer to "B" above was yes, what was the result:

_____

_____

_____

2. If your answer to "B" above was no, explain:

_____

_____

_____

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

Comply with the presedent case ruling for the 6th circuit and remove the A.C.C.A. 15 year minimum and remand to district court for time served, or scheddule a evidentirary hearing on the actual innocent claim

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

Signed this 20th day of March, 2023
              (day)         (month)      (year)

_Darel Latham_
Your Signature

_Darel Latham_
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: 3/20/23    _Darel Latham_
                              Your Signature

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Darek Latham
65419-060
*Your full name*

v.

Ronald Brown
Warden
FCI gilmer
glenville, W.V. 26351

Civil Action No.: 5:23cv114

*Enter above the full name of respondent in this action*

## Certificate of Service

I, Darek Latham (your name here), appearing *pro se*, hereby certify that I have served the foregoing 28 U.S.C. 2241 (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on 3/20/23 (insert date here):

(List name and address of counsel for respondent)

Derek Latham
(sign your name)